# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNAPTIX TECHNOLOGY, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-04385-HB<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF HSIAO (MARK) C. MAO**<br><br>Judge: Hon. Harvey Bartle III |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of Hsiao (Mark) C. Mao, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Mao's Certification and a proposed order are submitted herewith.

Dated April 16, 2024         Respectfully submitted,

> By: *s/ Rajiv D. Parikh*
> Rajiv D. Parikh
> PEM Law LLP
> 1 Boland Drive, Suite 101
> West Orange, NJ 07052
> Telephone: 973-577-5500
> Email: rparikh@pemlawfirm.com