UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                              **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4385 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
       v.
SYNAPTIX TECHNOLOGY, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time commenced:  10:00 AM              Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>


                                                          s/ *David Bruey*
                                                          **DEPUTY CLERK**