UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>VOTERRECORDS.COM, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No.: 1:24-cv-04385-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Brian C. Deeney, of Lewis Brisbois Bisgaard & Smith LLP, hereby appears in the above-captioned action as counsel for defendant, Synaptix Technology, LLC (improperly pleaded as "VoterRecords.com"), and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:   */s/ Brian C. Deeney*
Brian C. Deeney
One Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 577-6260

Dated: May 14, 2024

140260089.1