

Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Matthew.AhKao@lewisbrisbois.com
Direct: 973.792.8724

June 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    <u>ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.</u>
           Civil Action No. 1:24-cv-4385-HB
           **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

    This firm represents defendant, Synaptix Technology, LLC ("Synaptix") in the above-referenced matter. We write to advise the Court that Synaptix joins the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Synaptix respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

                            Respectfully submitted,

                            /s/ Matthew S. AhKao

                            Matthew S. AhKao for
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

MSA

cc:    All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

141347936.1