UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 14, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**   **DOCKET NO.:** 24-4385 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SYNAPTIX TECHNOLOGY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:39a.m.   Time Adjourned: 10:40a.m.   Total Time in Court: 0:01