

Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Matthew.AhKao@lewisbrisbois.com
Direct: 973.792.8724

March 18, 2025                                                                                    File No. 56530.2

<u>VIA ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: <u>ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.</u>
Civil Action No. 1:24-cv-4385-HB
**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)**

Dear Judge Bartle:

We represent Synaptix Technology, LLC in the above-referenced matter. We write to inform the Court that Synaptix Technology, LLC joins the consolidated motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), which has been filed today in the case of *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.,* Civil Action No. 1:24-cv-04075-HB. Synaptix Technology, LLC concurs with the arguments set forth in the consolidated motion and respectfully requests that the Court grant the motion and dismiss plaintiffs' complaint with prejudice.

We appreciate the Court's attention to this matter and are available should the Court require any further information or clarification.

Respectfully submitted,

*/s/ Matthew S. AhKao*

Matthew S. AhKao for
LEWIS BRISBOIS BISGAARD &
SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

154295311.1

Honorable Harvey Bartle III, U.S.D.J.
March 18, 2025
Page 2

MSA
cc:  All counsel of record (via ECF)