

Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Matthew.AhKao@lewisbrisbois.com
Direct: 973.792.8724

June 3, 2025                                                                                                          File No. 56530.2

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.
      Civil Action No. 1:24-cv-4385-HB
      **Joinder in Reply Brief in Further Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6)**

Dear Judge Bartle:

We represent Synaptix Technology, LLC in the above-referenced matter. We are writing to inform the Court that Synaptix joins in the reply brief in further support of defendants' consolidated motion to dismiss, filed today in the related case of *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075-HB. We respectfully request that the Court grant the motion and dismiss plaintiffs' complaint with prejudice.

We appreciate the Court's attention to this matter and are available should the Court require any further information or clarification.

Respectfully submitted,

*/s/ Matthew S. AhKao*

Matthew S. AhKao for
LEWIS BRISBOIS BISGAARD &
SMITH LLP

MSA
cc:   All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
158223830.1