UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4385 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SYNAPTIX TECHNOLOGY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:  STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:46a.m.    Time Adjourned: 11:50a.m.    Total Time in Court: 0:04