

Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Matthew.AhKao@lewisbrisbois.com
Direct: 973.792.8724

November 3, 2025

File No. 56530.2

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.
Civil Action No. 1:24-cv-4385-HB
**Joinder in Defendants' Request to Stay or in the alternative Joint Proposed Discovery Schedule**

Dear Judge Bartle:

We represent Synaptix Technology, LLC ("Synaptix") in the above-referenced matter. We write to advise the court that Synaptix joins the Letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the related action, *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al.*, No. 1:24-cv-04389-HB.

For the reasons set forth in that submission, Synaptix likewise requests that the court enter a stay of proceedings. Alternatively, Synaptix supports adoption of the proposed discovery schedule as outlined therein.

We appreciate the court's attention to this matter and remain available to provide any additional information the court may require.

Respectfully submitted,

*/s/ Matthew S. AhKao*

Matthew S. AhKao for
LEWIS BRISBOIS BISGAARD &
SMITH LLP

Cc: All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

166413600.1