UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia


**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4385 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
SYNAPTIX TECHNOLOGY, LLC et al.


**APPEARANCES:**
SEE ATTACHED LIST


**NATURE OF PROCEEDINGS:** **STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced:  10:00 a.m.
Time Adjourned:     10:42 a.m.
Total Time: 1 Minutes

s/ Ivannya Fitzgerald
Deputy Clerk