

Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Matthew.AhKao@lewisbrisbois.com
Direct: 973.792.8724

July 14, 2026                                                    File No. 56530.2

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:    ATLAS DATA PRIVACY CORP., et al v. SYNAPTIX TECHNOLOGY, LLC, et al.
>        Civil Action No. 1:24-cv-4385-HB
>        **Joinder in Motion for Reconsideration of July 30, 2026 Order**

Dear Judge Bartle:

We represent Synaptix Technology, LLC ("Synaptix") in the above-referenced matter. We write to advise the Court that Synaptix joins the consolidated motion for reconsideration of the Court's June 30, 2026 order, which was filed today in the case of *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075-HB.

We appreciate the Court's attention to this matter and are available should the Court require any further information or clarification.

Respectfully submitted,

*/s/ Matthew S. AhKao*

Matthew S. AhKao for
LEWIS BRISBOIS BISGAARD &
SMITH LLP

Cc:    All counsel of record (via ECF)